# OFFICE OF THE SHERIFF

**ARMANDO B. FONTOURA, SHERIFF**
ESSEX COUNTY COURTS BUILDING
NEWARK, NEW JERSEY
www.essexsheriff.com
(973) 621-4116
(973) 623-9599 Fax

UNDERSHERIFFS
NICHOLAS ROSAMILIA
JESUS A. PADILLA

CHIEF
JOHN D. DOUGH

```
    *** SUP (Law)    06-012019    Seq 001 of 001
    SUPERIOR COURT OF NEW JERSEY LAW DIVISION - ESSEX COUNTY
        Docket No(s). L87706,
            J18013306
```

**January 25, 2007**

**Between**
SOVEREIGN BANK
    **Plaintiff**
    - and -
PHILLIP L MERRILL
    **Defendant**

**Returnable**
ROMANO & ROMANO
573 BLOOMFIELD AVE
VERONA NJ, 07044
    Attorney

By virtue of the above stated and hereto annexed Writ to me directed, I did on December 22, 2006 at 1215 hours at the suit of the Plaintiff above named, attach the rights and credits, moneys, effects, goods, chattels, lands and tenements of the said Defendant, and particularly all his/her right, title, and interest of, in and to the hereafter described:

On the above date I levied upon all the right, title and interest of the defendant Phillip L. Merrill of in and tot he following constructive levy at 64 Undercliff Road, Millburn NJ 07041.

Constructive levy on the right, title and interest to the above property, no detailed inventory was taken as no contact was made after making numerous attempts and leaving notices with no reply from defendant.

Copy of writ posted.

I, the undersigned, hereby value and appraise the rights and tenements of the said Defendant at the sum of $ unknown.

LOUIS LAROCCA
Sheriffs:  _x_ Officer ___Investigator

ROMANO & ROMANO, ESQS.
573 Bloomfield Avenue
Verona, NJ 07044
TEL. (973) 857-0788
FAX. (973) 857-9261
Attorneys for Plaintiff
2423

|  |  |
|---|---|
| In the matter of:<br><br>Philip L. Merrill<br><br>Debtor | UNITED STATES<br>BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO. 08-13191DHS<br><br>CERTIFICATION OBJECTING<br>TO DEBTOR'S CHAPTER 13 PLAN<br>FILED BY LMS SERVICES, INC. |

Janet B. Romano, Esq., hereby certifies as follows:

1. I am the attorney for LMS Services, Inc., assignee of the claim of Sovereign Bank and I am fully familiar with this file.

2. Sovereign Bank previously filed a claim with the Court (Claim No. 2) as a secured creditor. Said claim was transferred to LMS Services, Inc.

3. In addition thereto, on May 27, 2008 LMS Services, Inc., assignee of Sovereign Bank filed a secured claim (Claim No. 8).

4. On or about December 22, 2006, the Essex County Sheriff levied on all right, title and interest which the Defendant, Philip L. Merrill, had in property at 64 Undercliff Road, Millburn, New Jersey. A copy of the Sheriff's Levy is attached hereto as Exhibit "A"

5. I reviewed the Chapter 13 Plan filed by the debtor, Philip L. Merrill. He does not make a provision in his plan for payment to LMS Services, Inc., a secured creditor.

6. The debtor, in his Petition, lists the value of his real estate as $650,000.00. He has a first mortgage on the property with an outstanding balance of $434,567.00. Debtor has equity in the property to cover the debt of LMS Services, Inc.

7. The debtor should make provisions in his Plan for the payment of the LMS Services, Inc., debt.

I certify that the above statements made by me are true. I am aware if any of the above statements made by me are willfully false, I am subject to punishment.

May 28, 2008

Janet B. Romano, Esq.