**BRUCE H. LEVITT, ESQ.**
**LEVITT & SLAFKES, P.C.**
**76 South Orange Ave. - Suite 305**
**South Orange, New Jersey 07079**
**(973) 313-1200**
**BY:  BRUCE H. LEVITT, ESQ. (BL9302)**
**ATTORNEYS FOR DEBTOR**

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT | |
| DISTRICT OF NEW JERSEY | |
| In re: | Case No.:08-13191 DHS |
| **PHILIP L. MERRILL,** | Chapter 13 |
|  | **REPLY TO OPPOSITION OF LMS SERVICES, INC. TO CONFIRMATION** |
| Debtor. |  |

  Debtor, Philip L. Merrill, replies to the opposition of LMS Services, Inc. to confirmation for the reasons that follow:

  1.  LMS Services, Inc. has objected to confirmation claiming the real property located by the debtor in the state of New York is worth $235,000.00.  In support an appraisal is attached.

  2.  Page three of the appraisal states "this appraisal is made subject to the extraordinary assumption that the subject property could be approved as a building lot".

  3.  The property has not been approved as a building lot.

  4.  No comparables have been provided to support the valuation of the property in its current condition.  The debtor has provided a valuation to the trustee which indicates a value of $25,000.00.  The debtor owns a one half interest.

5.   Accordingly, the opposition must be rejected.

                                                **LEVITT & SLAFKES, P.C.**
                                                **Attorney for Debtor**
                                    **By:   /s/ Bruce H. Levitt**
                                                **BRUCE H. LEVITT, ESQ.**

**Dated: January 12, 2008**