# ROMANO & ROMANO
ATTORNEYS AT LAW
573 BLOOMFIELD AVENUE
VERONA, NJ 07044

Janet Bocchino Romano                                                                 Telephone: (973) 857-0788
Mario G. Romano                                                                        Facsimile:   (973) 857-9261

February 6, 2009

U.S. Bankruptcy Court

Re:    Philip L. Merrill
       Case No:  08-13191DHS

Dear Sir or Madam:

This letter serves to advise that LMS Services is withdrawing its' Objection to Debtor's Chapter 13 Plan.

Very truly yours,
Romano and Romano, Esqs.

Janet B. Romano
JBR:dp